FOURNET, C. J., and HAMLIN and SANDERS, JJ., are of the opinion that the writ should be granted.

156 So.2d 602

**Mrs. Una MERTZ, wife of, and Bernard J. GAILLOT, Jr.**

v.

**Rev. John N. SAUVAGEAU, O. M. I.**

No. 46907.

Oct. 9, 1963.

In re: Mrs. Una Mertz, wife of, and Bernard J. Gaillot, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 154 So.2d 515.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

HAWTHORNE and McCALEB, JJ., are of the opinion that a writ should be granted.

156 So.2d 603

**Hilton H. WILKINSON**

v.

**Zeno HUSSER, Rose Husser and Harvey Husser d/b/a Husser's Store.**

No. 46906.

Oct. 9, 1963.

In re: Rose and Harvey Husser applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Tangipahoa. 154 So.2d 490.

Writ refused. The judgment is not final.

156 So.2d 603

**Frank OLANO**

v.

**REX MILLING COMPANY and The Travelers Indemnity Company.**

No. 46909.

Oct. 9, 1963.

In re: Frank Olano applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 154 So.2d 555.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.